1  **SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
3  101 S. Western Ave., Second Floor
Los Angeles, CA 90004
4  Telephone: (213) 252-8008
cm@SoCalEAG.com
5
Attorneys for Plaintiff, NELSON CHILIN
6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  NELSON CHILIN,

12                                           **Case No.: 5:24-cv-00627-KK (DTBx)**
            Plaintiff,
13
14      vs.                                  **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**
15  U-HAUL CO. OF CALIFORNIA;
AREC 3, LLC; and DOES 1 to 10,
16
17          Defendants.

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff NELSON CHILIN ("Plaintiff") and Defendant U-HAUL CO. OF CALIFORNIA and AREC 3, LLC stipulate and jointly request that this Court dismiss the above-captioned action, with prejudice, in its entirety.  Each party shall bear his/her/its own costs and attorneys' fees.

Respectfully submitted,

DATED:  September 17, 2024          SO. CAL. EQUAL ACCESS GROUP

By:     /s/   Jason J. Kim
         Jason J. Kim
         Attorneys for Plaintiff

DATED:  September 17, 2024   BAUTE CROCHETIERE HARTLEY & MCCOY LLP

By:     /s/ Ryan McCoy
         Ryan McCoy, Esq.
         Attorneys for Defendant
         U-HAUL CO. OF CALIFORNIA and AREC 3, LLC

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  September 17, 2024          By: /s/ Jason J. Kim
                                         Jason J. Kim

1

JOINT STIPULATION FOR DISMISSAL